George J. Wall, OSB No. 934515
gwall@eastpdxlaw.com
825 NE 20th Ave., Suite 330
Portland, OR 97232
Telephone: 503-236-0068
Facsimile:  503-236-0028
Attorney for Plaintiff, Scott Smith

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| Scott Smith,<br><br>        Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner,<br>Social Security Administration,<br><br>        Defendant. | Civil Action No.:  3:19-cv-00812-JR<br><br>ORDER AWARDING ATTORNEY FEES PER 28 USC 406(b) |

IT IS HEREBY ORDERED pursuant to 42 USC 406(b), that an attorney fee be paid to plaintiff's counsel in the amount of $20,370.00, pursuant to Section 206(b)(1) of the Social Security Act, 42 USC 406(b)(1).

Credit is taken for EAJA fees paid in the amount of $8,138.36, so that the net amount due plaintiff's counsel per this order is $12,231.84.

//

//

Page 1 – ORDER AWARDING ATTORNEY FEES

George J. Wall
Attorney at Law
825 NE 20th Ave., Ste. 330
Portland, OR 97232
Tel:  503-236-0068
Fax:  503-236-0028

Dated: February 22, 2022.

        Respectfully submitted,

        /s/ George Wall

        George J. Wall, OSB No. 934515
        gwall@eastpdxlaw.com
        825 NE 20th Ave., Suite 330
        Portland, OR 97232
        Telephone: 503-236-0068
        Facsimile: 503-236-0028
            Attorney for Plaintiff, Scott Smith

It is so ORDERED.

Dated: ___2/22/2022___        /s/ Jolie A. Russo_____
                                      Jolie A. Russo
                                      U.S. Magistrate Judge

Page 2 – ORDER AWARDING ATTORNEY FEES

George J. Wall
Attorney at Law
825 NE 20th Ave., Ste. 330
Portland, OR 97232
Tel: 503-236-0068
Fax: 503-236-0028